## DeCredico *v.* Jalboot, Appellant.

Argued December 7, 1971. *Alfred P. Fillippone,* with him *Joseph A. C. Girone,* for appellant; *Jerry Zaslow,* with him *Modell, Pincus, Hahn & Reich,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.

## Detro et vir *v.* Motor Freight Express, Appellant.

Argued December 6, 1971. *Elizabeth M. McKenna,* with her *John J. O'Brien, Jr.,* for appellant; *John F. McElvenny,* for appellee.

Order affirmed.